```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

MARIANN DOWLING,              )
                              )
                              )
    Plaintiff,                )
                              )
         v.                   )   Civil Action No. 05-914
                              )   Judge Conti
PANEL MASTER STEEL BUILDINGS, )   Magistrate Judge Caiazza
INC.,                         )
                              )
    Defendants.               )

### ORDER

IT IS HEREBY ORDERED that a Case Management Conference for the above-entitled action is now scheduled for **September 21, 2005, at 11:00 a.m.**

IT IS FURTHER ORDERED that counsel shall be prepared to address all items enumerated in Local Rule 16.1.2.


September 7, 2005                 s/Francis X. Caiazza
                                  Francis X. Caiazza
                                  U.S. Magistrate Judge


cc:
Gregory T. Kunkel, Esq.
Kunkel & Fink
1208 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

James P. Hollihan, Esq.
Duane Morris
600 Grant Street
Suite 5010
Pittsburgh, PA 15219